Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E. Charleston Blvd, Suite A
Las Vegas, NV 89104
Tel.   (702) 222-0007
Fax.   (702) 222-0001
Email: Lisa@VeldLaw.com

*Attorneys for Plaintiff Victor Robinson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ROBINSON,<br><br>   Plaintiff,<br><br> v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL.,<br><br>   Defendants. | Case No. 2:19-cv-00829-JCM-NJK<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF 30]** |

  COMES NOW the Plaintiff, Victor Robinson, by and through his counsel, Lisa Rasmussen of the Law Offices of Kristina Wildeveld & Associates, and hereby moves this Court for an order granting Plaintiff a two week extension of time to file his Response to the Defendant's Motion for Summary Judgment, ECF number 30.   This Motion is based upon the following:

1. Counsel for Plaintiff had a Ninth Circuit brief due last week.

2. Counsel for the Plaintiff has a Supplemental Brief due in a state court post-conviction matter today.

3. Counsel for the Plaintiff is working to file two urgent motions for compassionate release due to COVID in the United States District Court and is trying to get those completed and

1

filed by tomorrow.

4. Counsel for the defendant's is not opposed to the requested two week extension.

5. This Motion for an Extension of Time is the first request for an extension of time and is not made for the purpose of delay.

6. A response to the Defendant's Motion is due on today's date, thus, this Motion is timely filed.

Wherefore, it is respectfully requested that this Court enter an order authorizing Plaintiff to file his response to the Defendants' Motion for Summary Judgment on or before May 19, 2020, a two-week extension of time. A proposed order is attached hereto.

DATED this 5th day of May 2020,

The Law Offices of Kristina Wildeveld & Associates,

By:  /s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Plaintiff Victor Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing:  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT upon all parties registered for and receiving CM/ECF service in this case, including, but not limited to the following person:

Mr. Craig Anderson, Esq.
Counsel for Defendants

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00829-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

　　Upon Plaintiff's unopposed Motion for a two-week extension of time to file a response to the Defendants' Motion for Summary Judgment [ECF 30], and good cause appearing,

　　IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff shall file his response to Defendant's Motion for Summary Judgment on or before May 19, 2020.

　　Dated: May 8, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable James C. Mahan
　　　　　　　　　　　　　　　　United States District Judge