LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA
WILDEVELD & ASSOCIATES
550 E. Charleston Blvd, Suite A
Las Vegas, NV 89104
Tel.    (702) 222-0007
Fax.    (702) 222-0001
Email: Lisa@VeldLaw.com

*Attorneys for Plaintiff Victor Robinson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ROBINSON,<br><br>         Plaintiff,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL.,<br><br>         Defendants. | Case No. 2:19-cv-00829-JCM-NJK<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TWO WEEK EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF 30]**<br><br>(**SECOND REQUEST**) |

COMES NOW the Plaintiff, Victor Robinson, by and through his counsel, Lisa Rasmussen of the Law Offices of Kristina Wildeveld & Associates, and hereby moves this Court for an order granting Plaintiff an additional two week extension of time to file his Response to the Defendant's Motion for Summary Judgment, ECF number 30.   This Motion is based upon the following:

1. Counsel for Mr. Robinson is working to see if some or all of the claims can be resolved, but she needs additional time to review certain claims with Mr. Robinson.

2. Counsel for the defendants is not opposed to this request for an additional two weeks.

3. This request is not made for the purpose of delay.

4. This is the second request for an extension of time.  One prior request was made on May

1

5, 2020, also a two-week request.    This additional two weeks will not prejudice either party.

5. This request is timely filed.

Wherefore, it is respectfully requested that this Court enter an order authorizing Plaintiff to file his response to the Defendants' Motion for Summary Judgment on or before June 2, 2020, an additional two-week extension of time. A proposed order is attached hereto.

DATED this 19th day of May 2020,

        The Law Offices of Kristina Wildeveld & Associates,

        By:     */s/ Lisa A. Rasmussen*
        LISA A. RASMUSSEN, ESQ.
        Nevada Bar No. 7491
        Attorneys for Plaintiff Victor Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing:  SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT upon all parties registered for and receiving CM/ECF service in this case, including, but not limited to the following person:

Mr. Craig Anderson, Esq.
Counsel for Defendants

        */s/ Lisa A. Rasmussen*
        _____
        LISA A. RASMUSSEN, ESQ.

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL.,<br><br>　　　　Defendants. | Case No. 2:19-cv-00829-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

Upon Plaintiff's unopposed Motion for an additional two-week extension of time to file a response to the Defendants' Motion for Summary Judgment [ECF 30], and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff shall file his response to Defendant's Motion for Summary Judgment on or before June 2, 2020.

Dated: May 20, 2020.

_____
The Honorable James C. Mahan
United States District Judge

3