1   LISA A. RASMUSSEN, ESQ.
    Nevada Bar No. 7491
2   **THE LAW OFFICES OF KRISTINA**
    **WILDEVELD & ASSOCIATES**
3   550 E. Charleston Blvd, Suite A
    Las Vegas, NV 89104
4   Tel.   (702) 222-0007
    Fax.   (702) 222-0001
5   Email: Lisa@VeldLaw.com
6
    *Attorneys for Plaintiff Victor Robinson*
7
8
9                      **UNITED STATES DISTRICT COURT**
10                          **DISTRICT OF NEVADA**
11
12  VICTOR ROBINSON,                     Case No. 2:19-cv-00829-JCM-NJK
13            Plaintiff,                 **PLAINTIFF'S MOTION FOR ONE**
                                         **DAY EXTENSION OF TIME TO FILE**
14       v.                              **RESPONSE TO MOTION FOR**
                                         **SUMMARY JUDGMENT [ECF 30]**
15
16  LAS VEGAS METROPOLITAN POLICE        (**THIRD REQUEST**)
    DEPARTMENT ET AL.,
17
18            Defendants.

19          COMES NOW the Plaintiff, Victor Robinson, by and through his counsel, Lisa Rasmussen of
20
    the Law Offices of Kristina Wildeveld  & Associates, and hereby moves this Court for an order
21
    extending the time to file his Response to the Defendant's Motion for Summary Judgment, ECF
22
    number 30, one additional day.   This Motion is based upon the following:
23
24       1.   The undersigned's second request for an extension of time noted that she needed time to
25            work with Mr. Robinson to see if some or all of the claims could be resolved.
26       2.   The undersigned was able to discuss myriad issued with Mr. Robinson and needs one
27            additional day to file the response.
28       3.   This request is not made for the purpose of delay.

                                            1

4.   This is the third request for an extension of time.  Each prior request was for two weeks. This request is for one day.

5.   This request is timely filed.

Wherefore, it is respectfully requested that this Court enter an order authorizing Plaintiff to file his response to the Defendants' Motion for Summary Judgment on or before June 3, 2020, an additional one-day extension of time.  A proposed order is attached.

DATED this 2nd day of June 2020,

The Law Offices of Kristina Wildeveld & Associates,

By:   */s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Plaintiff Victor Robinson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing:  MOTION FOR ONE DAY EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT upon all parties registered for and receiving CM/ECF service in this case, including, but not limited to the following person on this 2nd day of June, 2020.

Mr. Craig Anderson, Esq.
Counsel for Defendants

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.

3

1
2
3                    **UNITED STATES DISTRICT COURT**
4                          **DISTRICT OF NEVADA**
5
6   VICTOR ROBINSON,                        Case No. 2:19-cv-00829-JCM-NJK
7              Plaintiff,                    **ORDER GRANTING MOTION FOR**
8                                            **EXTENSION OF TIME TO RESPOND**
                                             **TO MOTION FOR SUMMARY**
9        v.                                  **JUDGMENT**
10  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT ET AL.,
11
12           Defendants.
13
14       Upon Plaintiff's unopposed Motion for an additional one-day extension of time to file a
15  response to the Defendants' Motion for Summary Judgment [ECF 30], and good cause appearing,
16       IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff shall file his response
17  to Defendant's Motion for Summary Judgment on or before June 3, 2020.
18       Dated: June 3, 2020.
19
20                                  _____
21                                  The Honorable James C. Mahan
                                    United States District Judge
22
23
24
25
26
27
28

                                               4