LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA**
**WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd, Suite A
Las Vegas, NV 89104
Tel.    (702) 222-0007
Fax.    (702) 222-0001
Email: Lisa@VeldLaw.com

*Attorneys for Plaintiff Victor Robinson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ROBINSON, | Case No. 2:19-cv-00829-JCM-NJK |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF 30]** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL., | **(FOURTH REQUEST)** |
| Defendants. | |

COMES NOW the Plaintiff, Victor Robinson, by and through his counsel, Lisa Rasmussen of the Law Offices of Kristina Wildeveld  & Associates, and hereby moves this Court for an order extending the time to file his Response to the Defendant's Motion for Summary Judgment, ECF number 30, one additional day to June 4, 2020.   This Motion is based upon the following:

1.  The undersigned previously sought an order authorizing the complaint to be filed on or before June 3, 2020.

2.  The undersigned's Internet service went out at approximately 11:00 pm on June 3, 2020.   The document was filed at 1:00 a.m. on today's date.    Accordingly, and additional one day extension of time is requested to ensure that the Response is timely filed.

1

3.  This request is not made for the purpose of delay.

4.  This is the fourth request for an extension of time.  This request brings the total time extended to 32 days.

Wherefore, it is respectfully requested that this Court enter an order authorizing Plaintiff to file his response to the Defendants' Motion for Summary Judgment on or before June 4, 2020, an additional one-day extension of time.  A proposed order is attached.

DATED this 4th day of June 2020,

The Law Offices of Kristina Wildeveld & Associates,

By:    /s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Plaintiff Victor Robinson

1

## <u>CERTIFICATE OF SERVICE</u>

2

3       I hereby certify that I served a copy of the foregoing:   MOTION FOR ONE DAY

EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT upon

4

all parties registered for and receiving CM/ECF service in this case, including, but not limited to the

5

following person on this 4th day of June, 2020.

6

7       Mr. Craig Anderson, Esq.
        Counsel for Defendants

8

9                                                       */s/ Lisa A. Rasmussen*

10                              _____
                                            LISA A. RASMUSSEN, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR ROBINSON, | Case No. 2:19-cv-00829-JCM-NJK |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL., | |
| Defendants. | |

Upon Plaintiff's unopposed Motion for an additional one-day extension of time to file a response to the Defendants' Motion for Summary Judgment [ECF 30], and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiff shall file his response to Defendant's Motion for Summary Judgment on or before June 3, 2020.

Dated: June 8, 2020.

_____
The Honorable James C. Mahan
United States District Judge

4